UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

BENJAMIN EDMONDSON,

        Plaintiff,

v.

ROMULUS COMMUNITY SCHOOL
DISTRICT, and in their individual
and official capacities,
DEBI PYLES, JUDY
KENNARD, SUSAN EVITTS,
and NICHOLE GERMAN,

        Defendants.

Case No. 21-cv-12955-SJM
Hon. Stephen J. Murphy III

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and with the stipulation of all parties, Plaintiff voluntarily dismisses this action without prejudice.

Stipulated to by:

*/s/ Nicholas Roumel*  
*/s/ Amanda M. Ghannam*

Nicholas Roumel (P37056)
Amanda M. Ghannam (P83065)
Nacht & Roumel, P.C.
101 N. Main St., Ste. 555
Ann Arbor, MI 48104
(734) 663-7550
nroumel@nachtlaw.com
aghannam@nachtlaw.com
*Attorneys for Plaintiff*
April 20, 2022

*/s/ Robert T. Schindler (w/ permission)*

Robert T. Schindler (P70925)
Miller Johnson
409 E. Jefferson Ave, Fifth Floor
Detroit, MI 48226
(248) 258-2850
schindlerr@millerjohnson.com

April 20, 2022